THE STATE, EX REL. LORR, *v.* COURT OF COMMON PLEAS OF CUYAHOGA COUNTY ET AL.

(No. 69-44—Decided April 30, 1969.)

*Mr. Walter M. Tobias* and *Mr. Frank O. Walther,* for relator.

*Mr. John T. Corrigan,* prosecuting attorney, and *Mr. Albin Lipold,* for respondents.

*Per Curiam.* The Court of Common Pleas has jurisdiction of the person of the relator and of the subject matter of the pending criminal action.

Relator has an adequate remedy at law by way of appeal.

The demurrer to the petition is sustained and a writ of prohibition is denied.

*Writ denied.*

TAFT, C. J., ZIMMERMAN, MATTHIAS, O'NEILL, SCHNEIDER, HERBERT and DUNCAN, JJ., concur.